```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALVAREZ ALVAREZ, et al.,<br><br>　　　　Defendants. | NO. CR.S. 09-00224-WBS<br><br>**STIPULATION AND ORDER RE:**<br>**CONTINUANCE OF STATUS HEARING AND**<br>**FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:　November 29, 2010<br>TIME:　8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

　　　　JORGE ALVAREZ ALVAREZ, by and through his counsel MICHAEL L. CHASTAINE, JORGE GUTIERREZ CAMACHO by and through his attorneys MICHAEL McDONNELL AND SAJI VETTIYIL, JASMINE MAUREEN COOK-VENEGAS by and through her counsel J. TONEY, MIGUEL RUIZ MARTINEZ, by and through his counsel CLEMENTE M. JIMENEZ, JUAN BERNARDO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, hereby agree that the status conference set for November 8, 2010, be continued for a status conference on November 29, 2010, at 8:30 a.m.  This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to

1  interview our clients and other witnesses.  The defendants in this case
2  consent to this continuance.
3       Counsel, along with the defendants agree that the time from the
4  date of this order through November 29, 2010, should be excluded in
5  computing the time within which trial must commence under the Speedy
6  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to
7  prepare].

8  DATED: November 2, 2010         Respectfully submitted,
9                                  DANIEL J. BRODERICK
                                   Federal Defender
10
                                   /S/ Dennis S. Waks
11                                 _____
                                   DENNIS S. WAKS
12                                 Supervising Assistant Federal Defender
                                   Attorney for Defendant
13                                 JUAN BERNARDO RODRIGUEZ
   DATED: November 2, 2010
14                                 /S/ Dennis S. Waks for
                                   _____
15                                 MICHAEL L. CHASTAINE
                                   Attorney for JORGE ALVAREZ ALVAREZ
16 DATED: November 2, 2010
                                   /S/ Dennis S. Waks for
17                                 _____
                                   MICHAEL McDONNELL and SAJI VETTIYIL
18                                 Attorneys for JORGE GUTIERREZ CAMACHO
   DATED: November 2, 2010
19
                                   /S/ Dennis S. Waks for
20                                 _____
                                   J. TONY, Attorney for
21                                 JASMINE MAUREEN COOK-VENEGAS
   DATED: November 2, 2010
22
                                   /S/ Dennis S. Waks for
23                                 _____
                                   CLEMENTE M. JIMENEZ
24                                 Attorney for MIGUEL RUIZ MARTINEZ
25 / / /
26 / / /
27 / / /
28 / / /

2

1 DATE:  November 2, 2010          BENJAMIN B. WAGNER
                                   United States Attorney
2

3
                                   /S/ Dennis S. Waks for
4                                  _____
                                   TODD D. LERAS
5                                  Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALVAREZ ALVAREZ, et al.,<br><br>　　　　　Defendants. | NO. CR.S. 09-00224-WBS<br><br>**ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:　November 29, 2010<br>TIME:　8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for November 29, 2010, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time is excluded from the date of this order through November 29, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare.]

DATED: November 3, 2010

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4