MICHAEL L. CHASTAINE, State Bar #121209
The Chastaine Law Office
101 Parkshore Drive, Suite 100
Folsom, CA 95630
(916) 932-7150
(916) 932-7151 fax

Attorney for Jorge Alvarez Alvarez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S. 09-00224-WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) CHANGE OF JUDGMENT AND SENTENCING |
| v. | ) HEARING DATE |
| | ) |
| JORGE ALVAREZ ALVAREZ, et al., | ) DATE: |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Court:Hon. William B. Shubb |
| | ) |
| | ) |

It is hereby stipulated and agreed by and between plaintiff, United States of America, and defendant, Jorge Alvarez Alvarez, through his attorney, Michael Chastaine, that the judgment and sentencing hearing scheduled for May 16, 2011, at 8:30 a.m., shall be continued to July 18, 2011 at 8:30 a.m..

The parties note that Jorge Alvarez Alvarez is "safety valve eligible" under 18 U.S.C. § 3553(f). At the time of the change of plea, neither party was certain that Mr. Alvarez was eligible under section 3553(f). Counsel for Mr. Alvarez needs additional time to fulfill the safety valve requirements. Based on these facts, the requested continuance is necessary to allow defense counsel time to fulfill these requirements.

| | | |
|---|---|---|
| 1 | Dated:  May 11, 2011 | BENJAMIN B. WAGNER |
| 2 | | UNITED STATES ATTORNEY |
| 3 | | /s/ Todd Leras |
| 4 | | _____ |
| | | TODD LERAS |
| 5 | | Assistant U.S. Attorney |
| | | (per telephone authorization) |

Dated:  May 11, 2011              /s/ Michael Chastaine
                              By: _____
                                  MICHAEL CHASTAINE
                                  Attorney for Defendant
                                  Jorge Alvarez Alvarez

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the judgment and sentencing hearing scheduled for Monday, May 16, 2011 at 8:30 a.m. be continued to Monday, July 18, 2011 at 8:30 a.m..

Dated: May 11, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE